IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
SEP 29 2005
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CRIMINAL NO. B-05-526 |
| Mario Salazar-Ramos | § | |

## ORDER

BE IT REMEMBERED on this ___ day of September 20 05, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed **July 7, 2005**, wherein the defendant **Mario Salazar-Ramos** waived appearance before this Court and appeared before the United States Magistrate Judge **Felix Recio** for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant **Mario Salazar-Ramos** to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted. The Court finds the Defendant **Mario Salazar-Ramos, guilty of the offense of alien unlawfully found in the United States after deportation, in violation of 8 U.S.C. 1326(a).**

SIGNED this the ___ day of September 20 05.

Hilda G. Tagle
United States District Judge